Dismissed; Opinion issued December 20, 2012



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-12-00937-CV

## CODY BOWMAN, Appellant

## V.

## DENISE BOWMAN, Appellee

### On Appeal from the 429th Judicial District Court
### Collin County, Texas
### Trial Court Cause No. 429-52499-2010

## MEMORANDUM OPINION

Before Justices Bridges, O'Neill, and Murphy

The Court has before it appellant's motion for voluntary dismissal of appeal. *See* TEX. R.

APP. P. 42.1(a). We **GRANT** the motion and **DISMISS** the appeal.

PER CURIAM

120937F.P05



# Court of Appeals
## Fifth District of Texas at Dallas

## JUDGMENT

CODY BOWMAN, Appellant

No. 05-12-00937-CV     V.

DENISE BOWMAN, Appellee

Appeal from the 429th Judicial District
Court of Collin County, Texas. (Tr.Ct.No.
429-52499-2010).
Opinion delivered per curiam before Justices
Bridges, O'Neill, and Murphy.

Based on the Court's opinion of this date, this appeal is dismissed. Appellee is
**ORDERED** to recover her costs of the appeal from appellant.

Judgment entered December 20, 2012.

_____
MARY MURPHY
JUSTICE